UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARIBEL SOLANO,

               Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
               Defendant.
-----------------------------------------------------------X

19 **CIVIL** 5443 (PAE) (RWL)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 4, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          February 4, 2020

                                                       **RUBY J. KRAJICK**
                                                         Clerk of Court
                                           BY:
                                                           Deputy Clerk

                                        THIS DOCUMENT WAS ENTERED
                                        ON THE DOCKET ON